**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-6558**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

KENNETH LEWIS YORK,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James P. Jones, Chief District
Judge.  (CR-02-4; CA-04-679-7)

---

Submitted:  June 9, 2005              Decided:  June 17, 2005

---

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Kenneth Lewis York, Appellant Pro Se.  Rick A. Mountcastle, Steven
Randall Ramseyer, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon,
Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth Lewis York seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2000) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that York has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We further deny York's motion to transfer. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED